IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ultra Form Mfg. (2021) Inc., et al.,          Case No. 3:24 CV 1922

                 Plaintiffs,          CASE MANAGEMENT
                                      <u>CONFERENCE ORDER</u>
   -vs-
                                        JUDGE JACK ZOUHARY
Dana Limited,

                 Defendant.

Zoom Case Management Conference held on February 18, 2025.

1. Counsel present: Ben Foote-Huth and Matt Cavanagh for Plaintiffs; Franceska Surinck and Rod Cooper for Defendant.

2. Counsel shall exchange Federal Civil Rule 26(a) disclosures by **March 11, 2025**.

3. After consultation with counsel, this case will proceed on the Standard Track with trial in **APRIL 2026**.

4. This case may be referred for a follow-up Settlement/Mediation Conference after key discovery is completed. Counsel have agreed upon two depositions initially, and will then revisit potential settlement. Counsel should advise this Court if further assistance is needed.

5. The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Case does involve electronic discovery, but is mostly limited to some emails and electronic communications and parties agree to the default standard for e-discovery. Plaintiffs are currently experiencing issues with a former IT person who has taken and refused to return

administrator credentials for accessing company emails on Microsoft 365. Plaintiffs are consulting with Canadian attorneys and IT professionals to remedy the situation, which is not yet resolved. Otherwise, the Parties do not expect to have issues regarding e-discovery. Parties will produce documentation to each side and will comply with Appendix K if issues arise.

7. Counsel are reminded to follow Federal Civil Rules 1 and 30-37 regarding proportional discovery and civility. Counsel should stage depositions as appropriate. Civil Case Management Procedures (Doc. 8).

8. Deadline for amending pleadings/adding parties: **April 2, 2025**.

9. Discovery deadlines:

    - Expert Disclosures and Reports:
        - Plaintiff: **December 23, 2025**;
        - Defendant: **January 26, 2026**.

    - Liability and Damages: **October 31, 2025.**

    **NOTE:** This Court grants counsel's request to conduct expert depositions.

10. Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions. Depositions filed either electronically or through the Clerk's Office shall include the Word Index.

11. **Dispositive motions** are not appropriate in every case. No dispositive motions shall be filed until counsel have met and conferred about the merits of such a motion; and only after sufficient discovery has been completed that allows counsel for the moving party to represent the belief there are no disputed issues of material fact. Timing for filing a motion is the responsibility of counsel and should not conflict with this case schedule and trial date. **Please read and follow** Civil Case Management Procedures. (Doc. 8 at ¶ 3).

12. Parties shall provide this Court with an ECF stamped courtesy hard copy of all motion briefing with supporting materials (double-sided encouraged). Briefing shall be doubled-spaced (except for block quotes) in a font not less than 12 points in size, including footnotes, with margins of not less than one inch. *See* Local Civil Rule 7.1(f) for page limits. Footnotes are discouraged.

    **NOTE:** Failure to follow will result in Clerk striking the briefing.

13. Counsel shall describe in the case caption whether any motion is "opposed" or "unopposed" -- which means counsel MUST confer with opposing counsel BEFORE filing any motion -- procedural or substantive.

14. Counsel shall file a brief Joint Status Report by **May 14, 2025**.

    IT IS SO ORDERED.

                                                             s/ *Jack Zouhary*
                                                             JACK ZOUHARY
                                                             U. S. DISTRICT JUDGE

                                                             February 20, 2025