UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Ultra Form Mfg. (2021) Inc. et al., | ) |
| Plaintiffs, | ) Case No. 3:24-cv-1922-JZ |
| vs. | ) Judge Jack Zouhary |
| Dana Limited, | ) |
| Defendant. | ) |

## **Stipulated Motion to Extend Case Deadlines**

The parties, plaintiffs/counterclaim-defendants Ultra Form Mfg. (2021) Inc. and Kailash (Kacee) Vasudeva (collectively, "UF") and defendant/counterclaimant Dana Limited ("Dana"), hereby stipulate and jointly move this Court to extend the case deadlines by three months. The good cause for this request is that the parties are still working through written discovery and need additional time to finish written discovery and to take depositions. No trial date has been set. No party would be prejudiced as they all seek and agree to this extension. This request is not submitted for delay or any improper purpose, but instead is submitted due to a genuine need for more time.

This motion, if granted, would extend the case deadlines as follows:

| *Event* | *Current Deadline* | *Proposed New Deadline* |
|---|---|---|
| Fact Discovery Cutoff | Oct. 31, 2025 | Feb. 2, 2026 |
| Plaintiff Expert Disclosures/Report | Dec. 23, 2025 | Mar. 23, 2026 |
| Defendant Expert Disclosures/Report | Jan. 26, 2025 | Apr. 27, 2026 |

36981467.2

| | |
|---|---|
| Dated: October 17, 2025 | Respectfully submitted, |
| s/ Matthew J. Cavanagh<br>Matthew J. Cavanagh (0079522)<br>MCDONALD HOPKINS LLC<br>600 Superior Ave., East, Ste. 2100<br>Cleveland, Ohio 44114<br>t 216.348.5400 │ f 216.348.5474<br>mcavanagh@mcdonaldhopkins.com<br><br>*Counsel for Plaintiffs* | s/ David Rodman Cooper<br>David Rodman Cooper (0065427)<br>Franceska N. Surinck (0100875)<br>MARSHALL & MELHORN, LLC<br>Four SeaGate, 8th Floor<br>Toledo, Ohio 43604<br>(419) 249-7100<br>FAX (419) 249-7151<br>rcooper@marshall-melhorn.com<br>surinck@marshall-melhorn.com<br><br>*Counsel for Defendants* |

36981467.2