IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ultra Form Mfg. (2021) Inc., et al.,   Case No. 3:24 CV 1922

          Plaintiffs,   O R D E R

    -vs-   JUDGE JACK ZOUHARY

Dana Limited,

          Defendant.

The Stipulated Motion (Doc. 20) is granted in part. New deadlines are approved. Further, the current trial month of April 2026 (Doc. 17) is also vacated and reset for **July 2026**. No further extensions. The Joint Status Report due November 14, 2025 (*see* Non-Doc. Order 8/14/2025) is also extended to a new date of **Friday, February 6, 2026**.

IT IS SO ORDERED.

                                                                       s/ *Jack Zouhary*
                                                                    JACK ZOUHARY
                                                                    U. S. DISTRICT JUDGE

                                                                    October 20, 2025