**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ULTRA FORM MFG. (2021) INC., et al. | ) | CASE NO. 3:24-cv-01922 |
| | ) | |
| Plaintiffs, | ) | Judge Jack Zouhary |
| | ) | |
| v. | ) | **MEMORANDUM IN SUPPORT OF** |
| | ) | **UNOPPOSED MOTION OF** |
| DANA LIMITED, | ) | **PLAINTIFFS TO HOLD CASE** |
| | ) | **MANAGEMENT SCHEDULE IN** |
| Defendant. | ) | **ABEYANCE** |

On January 21, 2026, this Court granted a motion filed by Plaintiffs for their attorneys to withdraw from the case, establishing a March 9, 2026 deadline for Plaintiffs to retain new counsel. *See* Doc. No. 22. The undersigned counsel was formally retained by Plaintiffs on March 4, 2026, and filed a Notice of Appearance on March 5, 2026. *See* Doc. No. 23. As of this date, counsel for Plaintiffs has completed the file transition process, commenced its review of pleadings and case filings, and consulted counsel for Defendant Dana Limited. Plaintiffs' counsel's work continues apace.

In the interests of justice and to avoid manifest prejudice, Plaintiffs seek an order holding the case management schedule, and all dates and deadlines established therein, in abeyance. This motion includes the upcoming March 23, 2026 deadline to submit expert reports. *See* Doc. No. 20. Plaintiffs submit that under these extenuating circumstances, modification of the case management schedule is necessary in order to afford Plaintiffs and their replacement counsel reasonable time to effectuate the transition and prepare for further proceedings in the case

An order holding the case management schedule in abeyance is consistent with the Court's January 21, 2026 Order granting the motion to withdraw and establishing a March 9, 2026 deadline to retain new counsel. Such an order also aligns with the principle that pretrial processes should

lead to the just, merits-based determination of an action. *See* Fed. R. Civ. P. 16(b)(4) ("A [case management] schedule may be modified . . . for good cause and with the judge's consent.");

*American Civil Liberties Union of Kentucky v. McCreary Cnty., Ky.*, 607 F.3d 439, 451 (6th Cir. 2010) ("[A] district court has broad discretion to manage its docket.").

Unless otherwise directed by the Court, Plaintiffs propose (and Defendant agrees) to jointly submit a proposed amended case management schedule to the Court within thirty days of an entry granting this unopposed motion. The requested thirty-day period will allow time for Plaintiffs' replacement to be informed as to the matters and time frame necessary to prepare the case for trial. Plaintiffs acknowledge that the Court may direct a different approach at the upcoming pretrial conference.

Accordingly, for the foregoing reasons establishing good cause, Plaintiffs respectfully urge this Court to grant the unopposed motion.

Respectfully submitted,

*s/ David D. Yeagley*
Michael N. Ungar (0016989)
David D. Yeagley (0042433)
Ian M. Robertson (0106054)
UB Greensfelder LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113
(216) 583-7000 (Office)
(216) 583-7001 (Fax)
Email:  munger@ubglaw.com
          dyeagley@ubglaw.com
          irobertson@ubglaw.com

*Attorneys for Plaintiffs*
*Ultra-Form Mfg. (2021) Inc.*
*and Kailish (Kacee) Vasudeva*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, a copy of the foregoing was filed electronically. This filing will be sent to the attorneys for Defendant by operation of the Court's electronic filing system.

/s/ David D. Yeagley
David D. Yeagley (0042433)

*One of the Attorneys for Plaintiffs*
*Ultra-Form Mfg. (2021) Inc.*
*and Kailish (Kacee) Vasudeva*