IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Ultra-Form Mfg. (2021) Inc. | ) | Case No. 3:24-CV-1922 |
| | ) | |
| And | ) | |
| | ) | Judge Jack Zouhary |
| Kailash Kacee Vasudeva, | ) | |
| | ) | **NOTICE OF TAKING THE** |
| Plaintiffs, | ) | **DEPOSITION OF PLAINTIFF** |
| | ) | **KAILASH KACEE VASUDEVA** |
| v. | ) | |
| | ) | David Rodman Cooper (0065427) |
| | ) | Franceska N. Surinck (0100875) |
| Dana Limited, | ) | **MARSHALL & MELHORN, LLC** |
| | ) | Four SeaGate, 8th Floor |
| Defendant. | ) | Toledo, Ohio 43604 |
| | ) | (419) 249-7100 |
| | ) | FAX (419) 249-7151 |
| | ) | rcooper@marshall-melhorn.com |
| | ) | surinck@marshall-melhorn.com |
| | ) | |
| | ) | Attorneys for Defendant Dana Limited |

---

Defendant Dana Limited ("Defendant"), through counsel and pursuant to Federal Rule of Civil Procedure 30, hereby gives notice that it will take the deposition of Plaintiff Kailash Kacee Vasudeva on Tuesday, September 22, 2026 beginning at 9:00 a.m. The deposition will take place at the offices of Marshall & Melhorn, LLC, Four SeaGate, 8th Floor, Toledo, OH 43604.

Pursuant to Rule 30(B)(2) and Rule 34 of the Federal Rules of Civil Procedure, Defendant requests that Plaintiff Kailash Kacee Vasudeva produce at his deposition and permit Defendant's counsel to inspect and copy all documents in his possession, custody or control which refer or

relate to Plaintiffs' claims or Defendants' defenses asserted herein which have not already been produced.

The deposition will be taken by stenographic means and the oral examination will continue until completed. You are invited to attend and take such part in the examination.

Respectfully submitted,

*/s/ Franceska N. Surinck*
David Rodman Cooper (0065427)
Franceska N. Surinck (0100875)
**MARSHALL & MELHORN, LLC**
Four SeaGate, 8th Floor
Toledo, Ohio 43604
PH (419) 249-7100
FAX (419) 249-7151
rcooper@marshall-melhorn.com
surinck@marshall-melhorn.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed with the Court on September 18, 2026. Notice will be sent to all counsel of record and/or parties by operation of the Court's electronic case filing system. Parties may access this through the Court's electronic case filing system.

*/s/ Franceska N. Surinck*