**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ULTRA FORM MFG. (2021) INC., et al. | ) | CASE NO. 3:24-cv-01922 |
| | ) | |
| Plaintiffs, | ) | Judge Jack Zouhary |
| | ) | |
| v. | ) | **UNOPPOSED MOTION TO EXTEND EXPERT REPORT DEADLINES** |
| | ) | |
| DANA LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiffs Ultra Form Mfg. (2021) Inc., et al. ("Plaintiffs" or "Ultra Form") seek a short extension of the current October 23, 2026 and December 2, 2026 expert report deadlines. Defendant does not oppose this motion. For the reasons set forth below, Ultra Form's motion is supported by good cause, will not impact the pretrial schedule established by the Court in its September 2, 2026 Trial Order, and the requested extension is in the interests of justice.

Plaintiffs acknowledge that the parties have previously sought extensions of the discovery cut-off and expert report deadlines. To date, the parties have completed fact witness depositions, generating hundreds of pages of transcripts and over 100 exhibits. Plaintiffs' experts have been provided with extensive testimonial and documentary evidence and have been engaged in the process of preparing expert reports for an extended period of time.[1] Due to the significant nature of the undertaking and expert report process, as well as the fact that important testimonial evidence remains outstanding, the experts require a short period of additional time to prepare and finalize

---

[1] The parties have yet to receive the transcript of Kacee Vasudeva's deposition. Mr. Vasudeva is the owner and CEO of Plaintiff Ultra Form Mfg. (2021), Inc. and an individual plaintiff in this case. In an October 8, 2026 email, the court reporter advised Plaintiffs' counsel that Mr. Vasudeva's deposition transcript should be available "by the end of next week," which, assuming that forecast is accurate, means that the transcript will not be available to either party's expert witnesses until about one week before the current October 23, 2026 deadline for the party with burden to disclose expert witnesses and produce reports.

their reports. Barring extraordinary and unforeseen circumstances, Plaintiffs will not seek a further extension of the expert report deadlines.

Importantly, the short extension of time to submit expert reports will not impact the pretrial schedule established by the Court in its September 2, 2026 Trial Order, including the January 25, 2027 deadline to file *Daubert* motions and the March 22, 2027 trial date. Plaintiffs have committed to making their experts available for deposition in early January 2027. The requested extension is in the interests of justice because, while Plaintiffs seek a short extension of just seventeen days, a denial of the extension would cause extreme hardship and risk irreparable prejudice to Ultra Form while not otherwise impacting the case schedule and the timely disposition of the case. The preparation and submission of expert testimony supporting Ultra Form's case and claimed damages is a central component of Ultra Form's trial evidence.

Having conferred among counsel, the parties agree to the following modified schedule:

- Party with burden to disclose expert witnesses and produce reports – **November 9, 2026**
- Responsive expert reports – **December 18, 2026**

Based on the foregoing and in the interests of justice, Ultra Form respectfully urges this Court to grant this motion, thereby extending the expert report deadlines in accordance with the above proposed modified schedule.

Respectfully submitted,

*s/ David D. Yeagley*
Michael N. Ungar (0016989)
David D. Yeagley (0042433)
Ian M. Robertson (0106054)
UB Greensfelder LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113
(216) 583-7000 (Office)
(216) 583-7001 (Fax)
Email: mungar@ubglaw.com
dyeagley@ubglaw.com
irobertson@ubglaw.com

*Attorneys for Plaintiffs*
*Ultra-Form Mfg. (2021) Inc.*
*and Kailish (Kacee) Vasudeva*

*s/David Rodman Cooper* / per authorization
David Rodman Cooper (0065427)
Franceska N. Surinck (0100875)
MARSHALL & MELHORN, LLC
Four SeaGate, 8th Floor
Toledo, Ohio 43604
(419) 249-7100 (Office)
(419) 249-7151 (Fax)
Email: rcooper@marshall-melhorn.com
surinck@marshall-melhorn.com

*Attorneys for Defendant*
*Dana Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2026, a copy of the foregoing was filed electronically. This filing will be sent to the attorneys for Defendant by operation of the Court's electronic filing system.

*/s/ David D. Yeagley*
David D. Yeagley (0042433)

*One of the Attorneys for Plaintiffs*
*Ultra-Form Mfg. (2021) Inc.*
*and Kailish (Kacee) Vasudeva*